

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 8, 2021

**BY ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:   **United States v. Dwayne Hicks, et al., 20-mj-2431**

Dear Judge Krause:

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed.

                                              Respectfully submitted,

                                              AUDREY STRAUSS
                                              United States Attorney for the
                                              Southern District of New York

                               by:  /s/ T. Josiah Pertz
                                    T. Josiah Pertz
                                    Assistant United States Attorney
                                    (914) 993-1966

SO ORDERED.

*[signature: Andrew Krause]*
_____
ANDREW E. KRAUSE
United States Magistrate Judge

March 8, 2021