UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DWAYNE HICKS

        Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

21-mj-02431

Defendant Dwayne Hicks hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

/s/ Dwayne Hicks
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Dwayne Hicks
Print Defendant's Name

_____
Defendant's Counsel's Signature

DAVID I. GOLDSTEIN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/8/21
Date

_____
U.S. Magistrate Judge