UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America

                                             **SCHEDULING ORDER**

       -against-                                    21-mj-02431

Dwayne Hicks,

                       Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      An arraignment before Magistrate Judge Krause is hereby scheduled for **Tuesday, May 18, 2021, at 3:00 p.m.**

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: May 12, 2021
          White Plains, New York

                                                   **SO ORDERED.**

                                             ANDREW E. KRAUSE
                                           United States Magistrate Judge